Joshua W. Denbeaux, Esq.
New Jersey Bar No. # 013871996
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, NJ  07675
Attorneys for Plaintiff,
KATHLEEN E. MITCHELL A/K/A
KATHLEEN MITCHELL WILLIE DUKES

George Haines, Esq.
New Jersey Bar No. 032111999
ghaines@hainesandkrieger.com
David Krieger, Esq.
New Jersey Bar No. 009422002
dkrieger@hainesandkrieger.com
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY - TRENTON

| | |
|---|---|
| KATHLEEN E. MITCHELL A/K/A KATHLEEN MITCHELL WILLIE DUKES,<br><br>             Plaintiff,<br><br>vs.<br><br>LEADERS FINANCIAL AND ENGLISHTOWN AUTO SALES, D/B/A WOODBURY TRUCK CENTER, AMJAD BARAKAT, INDIVIDUALLY AND AS AGENT OF ENGLISHTOWN AUTO SALES, PRESSLER, FELT & WARSHAW, LLP,<br>             Defendants. | Case No.: 3:19-CV-06615 BRM-DEA<br><br><br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE - 1

IT IS hreby Stipulated as follows:

1. Plaintiff, Kathleen Mitchell a/k/a Kathleen Mitchell Willie Dukes, hereby dismisses all claims asserted against all Defendants in the Complaint filed in this action.

2. Each party will bear their own fees and costs.

Dated: August 14, 2019

Haines & Krieger, LLC

s/ David Krieger, Esq.
David Krieger, Esq.
New Jersey Bar No. 009422002
George Haines, Esq.
New Jersey Bar No. 032111999
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Denbeaux & Denbeaux

s/ Joshua W. Denbeaux, Esq.
Joshua W. Denbeaux, Esq.
New Jersey Bar No. # 013871996
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, NJ  07675

Attorneys for Plaintiff,
*KATHLEEN E. MITCHELL A/K/A KATHLEEN MITCHELL WILLIE DUKES*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DL Thompson Law, PC

s/Donna L. Thompson, Esq.
New Jersey Bar #030231994
DL THOMPSON LAW, PC
PO Box 679
Allenwood, NJ  08724
Attorney for Defendant
Leaders Financial Co.

Pressler, Felt & Warshaw, LLP

s/ Michael Peters, Esq.
PRESSELER, FELT &WARSHAW, LLP
7 ENTIN ROAD
Parsippany, NJ  07054
Attorney for Defendant,
Pressler, Felt & Warshaw, LLP

COMPLAINT AND JURY DEMAND - 3